## In the Matter of John W. McCLURE and Annie B. McClure, His Wife, Petitioners.

John W. McCLURE, Annie B. McClure, George B. McClure and John E. McClure, Appellants, v. Louis James ROSENBERG, Receiver of John W. McClure and Annie B. McClure, His Wife, Appellee.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1938.

Davis & Hodge, of Royal Oak, Mich., for appellants.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to this honorable court that the District Court of the United States for the Eastern District of Michigan, Southern Division, did on the 31st day of January, A. D., 1938, enter its order dismissing all proceedings in said court in cause No. 22994, in Bankruptcy, section 75, as amended, 11 U.S.C.A. § 203 including certain orders to show cause issued out of said court, and did thereby withdraw from controversy all questions of law and fact upon which the review of this honorable court was sought; and that by reason thereof it is advisable to dismiss the appellants' petition for review in the above entitled cause, upon motion made by Robert W. Hodge, attorney for appellants herein, it is hereby ordered that the said appeal be, and the same is, hereby dismissed; and it is hereby further ordered that the appellants, John W. McClure, Annie B. McClure, George B. McClure, and John E. McClure, as principals, and the New Amsterdam Casualty Company, as surety, be, and they are, hereby discharged from all further liability for court costs herein and released from their bond filed with this court conditioned for the payment thereof.

Dismissed.

## Alexander McLAREN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8771.

Circuit Court of Appeals, Ninth Circuit.

Feb. 16, 1938.

Thomas N. Fowler, of Seattle, Wash., for petitioner.

James W. Morris, Asst. U. S. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent, consented to by counsel for petitioner, ordered petition to review herein dismissed for failure of petitioner to file record and docket cause; that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

## Edward R. MAIER v. SWINEHART et al.

No. 8729.

Circuit Court of Appeals, Ninth Circuit.

Feb. 14, 1938.

L. M. Cahill and R. L. McNitt, both of Los Angeles, Cal., for appellant.

Hiram E. Casey and Stanley M. Arndt, both of Los Angeles, Cal., for appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellees, and by direction of the court, it is ordered that the appeal herein be dismissed for failure of appellant to file record and docket cause; that a decree of dismissal be filed and entered accordingly; and that the mandate of this court issue forthwith.